

# NUMBER 13-26-00077-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF
## SINI ANN MATHEWS AND WESLEY MON MATHEWS

---

## ON APPEAL FROM THE 77TH DISTRICT COURT
## OF LIMESTONE COUNTY, TEXAS

---

# MEMORANDUM OPINION[1]

**Before Chief Justice Tijerina and Justices West and Cron**
**Memorandum Opinion by Justice West**

On July 17, 2025, the trial court entered a final divorce decree. On August 4, 2025, appellant filed a motion for new trial. On December 10, 2025, appellant filed a notice of restricted appeal related to the final divorce decree.

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

A restricted appeal is available to a litigant who did not participate in the hearing that resulted in the complained-of judgment and where error is apparent on the face of the record. *See* TEX. R. APP. P. 25.1(d)(7). To perfect a restricted appeal, the appellant must, among other things, show that he did not timely file any post-judgment motions or request findings of fact and conclusions of law. *Ex parte E.H.*, 602 S.W.3d 486, 495 (Tex. 2020); TEX. R. APP. P. 25.1(d)(7)(B). This requirement is jurisdictional. *Ex parte E.H.*, 602 S.W.3d at 497 (holding the first three elements of its restricted appeal test are jurisdictional).

Here, the record reflects that appellant filed a timely motion for new trial. *See* TEX. R. CIV. P. 329b(a) (providing thirty days after entry of a final judgment to file a motion for new trial). Accordingly, the Clerk of the Court issued two notices of jurisdictional defect to appellant providing that, if left uncured, the appeal shall be dismissed. *See* TEX. R. APP. P. 42.3. Appellant responded by filing a motion to compel the clerk's and reporter's records, wherein he acknowledged receipt of the defect notices and asserted he needed the records to "file a well prepared brief" and "correct the defect." We fail to see how the relief requested could correct the jurisdictional defect.

Thus, the appeal is dismissed for want of jurisdiction, and all pending motions are dismissed as moot.

JON WEST
Justice

Delivered and filed on the
7th day of May, 2026.

2